COMMONWEALTH of Pennsylvania ,Petitioner

v.

Tobias Kavaun BANKS, Respondent

No. 547 MAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.